THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDITH M. BLIZMAN, as Executrix of
the Estate of Joseph Blizman,

    Plaintiff,

v.

TRAVELERS HOME AND MARINE,
INSURANCE COMPANY,

    Defendant.

3:21-CV-1546
(JUDGE MARIANI)

## ORDER

AND NOW, THIS _9th_ DAY OF DECEMBER, 2021, upon consideration of Plaintiff's "Motion for Remand" (Doc. 5), for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Remand (Doc. 5) is **GRANTED**.

2. The above-captioned action is **REMANDED** to the Court of Common Pleas of Luzerne County.

3. The Clerk of Court is directed to **CLOSE** the federal action.

Robert D. Mariani
United States District Judge